1 | KAREN P. HEWITT
United States Attorney
2 | RAVEN M. NORRIS
Assistant U.S. Attorney
3 | State of California Bar No. 232868
Office of the U.S. Attorney
4 | 880 Front Street, Room 6293
San Diego, CA 92101-8893
5 | Telephone: (619) 557-
Facsimile:  (619) 557-5004
6 |
7 | Attorneys for Petitioner

FILED

08 MAR 21 PM 1:27

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Petitioner, | ) |
| v. | ) '08 CV 531 IEG CAB |
|  | ) EXHIBIT A |
| LARRY K. FITCH, | ) |
| Respondent. | ) |

EXHIBIT A



# Summons

In the matter of  CFC-Form Works Inc, 13848 Honnell Way, Jamul, Ca 91935

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed - California Area 7 Area**

Periods  **See attachment for Period information**

## The Commissioner of Internal Revenue

To   Larry K Fitch, as Chief Executive Officer and Chief Financial Officer of CFC-Form Works Inc.
At   13848 Honnell Way Jamul, Ca 91935

You are hereby summoned and required to appear before S. Silverman, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All records and documents you possess or control regarding CFC-Form Works Inc. for the period beginning October 1, 2000 and ending June 21, 2005, reflecting all payroll records, articles of incorporation, corporate minutes, all other corporate documents, copy of the Fitch Family Revocable Trust dated July 10,1998, complete listing of all corporate assets owned including the fair market values and any encumbrances, all corporate assets and account receivables which have been transferred to any other entities or disposed of. "Note-under IRC this summons is exempt from the notice requirements pertaining to third party summonses."

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
880 Front Street Room 3293, San Diego, CA 92101   619-615-9538

**Place and time for appearance at:**   880 Front Street Room 3293, San Diego, CA 92101

**IRS**
Department of the Treasury
**Internal Revenue Service**
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the 7th day of July, 2005 at 10:30 o'clock A m.

Issued under authority of the Internal Revenue Code this 21st day of June, 2005

_S. Silverman_
Signature of Issuing Officer

_____
Signature of Approving Officer *(if applicable)*

**Revenue Officer**
Title

. Title

**Original** -- to be kept by IRS

**Attachment to Summons Form 2039**

In the matter of  **CFC-Form Works Inc**

Period information:  Form 941, Employers Quarterly Federal Tax Returns for the quarterly periods ending December 31,2000,March 31,2001,June 30,2001,September 30,2001,December 31,2001,March 31,2002,June 30,2002,September 30,2002,December 31,2002,March 31,2003,June 30,2003,September 30,2003, Form 940, Employer's Annual Federal Unemployment Tax Return for the calendar years ending December 31,2001,December 31,2002



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| June 22 2005 | 9:45 Am |

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature | Title |
|---|---|
| *[signed]* | Revenue officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____     Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☒ No notice is required.

| Signature | Title |
|---|---|
| *[signed]* | Revenue officer |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form **2039** (Rev. 12-2001)