```
 1  KAREN P. HEWITT
    United States Attorney
 2  RAVEN M. NORRIS
    Assistant U.S. Attorney
 3  State of California Bar No. 232868
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, CA 92101-8893
 5  Telephone: (619) 557-
    Facsimile:  (619) 557-5004
 6
 7  Attorneys for Petitioner
```

**FILED**
'08 MAR 21 PM 1:27

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | '08 CV 531 IEG CAB |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | EXHIBIT B |
| LARRY K. FITCH, | ) | |
| Respondent. | ) | |

EXHIBIT B



# Summons

In the matter of  CFC-Form Works Inc, 13848 Honnell Way, Jamul, Ca 91935

Internal Revenue Service (Division): Small Business/Self Employed

Industry/Area (name or number): Small Business/Self Employed - California Area 7 Area

Periods  Form 1120, U.S. Corporation Income Tax Return for the fiscal years ending September 30,2000,September 30,2001,September 30,2002,September 30,2003

## The Commissioner of Internal Revenue

To   Larry K Fitch, as Chief Executive Officer and Chief Financial Officer of CFC-Form Works Inc.
At   13848 Honnell Way Jamul, Ca 91935

You are hereby summoned and required to appear before S. Silverman, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All books, records, papers and other data in the possession or control of the **CFC-Form Works Inc.**, pertaining to the operation of the **CFC-Form Works Inc.**, for its (calendar or fiscal) year(s) ended **Form 1120, U.S. Corporation Income Tax Return for the fiscal years ending September 30,2000,September 30,2001,September 30,2002,September 30,2003**, and reflecting the receipt or accrual of all income and expenses of the operation of **CFC-Form Works Inc.**, including, but not limited to: all corporate bank account records, including deposit tickets, canceled checks, debit and credit memos, statements of account, check registers, saving account passbooks, and records of certificates of deposit; all financial statements, including balance sheets and income statements, all accounting records, including general journals and ledgers; all stock books and records, minutes of board of directors and shareholders meetings and articles of incorporation and amendments thereto; all records of loans made and dividends paid to shareholders and shareholder's loans to the **CFC-Form Works Inc.**; and any and all books, records, documents, receipts, invoices, bills, canceled checks, ledgers and journals regarding expenses or expenditures of the **CFC-Form Works Inc.**; and any and all other books, records, documents, and receipts regarding income from the operation of the **CFC-Form Works Inc.**; compensation for goods and services, including fees and commissions, gains derived from dealing in property, interest, rentals, royalty, and dividend income, and income from the discharge of indebtedness, so that Federal Corporation Income Tax Return(s), Form(s) 1120, for the (calendar or fiscal) year(s) ended **Form 1120, U.S. Corporation Income Tax Return for the fiscal years ending September 30,2000,September 30,2001,September 30,2002,September 30,2003** (for which years no return have been made) may be prepared. A blank Federal Corporation Income Tax Return is attached hereto as a guide to the production of the necessary books, records, and documents. "Note-under IRC 7609, this summons is exempt from the notice requirements pertaining to third party summonses."

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

880 Front Street Room 3293, San Diego, CA 92101   619-615-9538

**Place and time for appearance at:**   880 Front Street Room 3293, San Diego, CA 92101

**IRS**
Department of the Treasury
**Internal Revenue Service**
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the  7th  day of  July , 2005  at  10:30  o'clock  A  m.

Issued under authority of the Internal Revenue Code this  21st  day of  June , 2005

_S. Silverman_
Signature of Issuing Officer

**Revenue Officer**
Title

_____
Signature of Approving Officer (if applicable)

_____
Title

**Original** -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| June 22, 2005 | 9:45 Am |

**How Summons Was Served**

1. [X] I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. [ ] I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. [ ] I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature | Title |
|---|---|
| S. Silverman | Revenue officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

[ ] I gave notice by certified or registered mail to the last known address of the noticee.

[ ] I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

[ ] I gave notice by handing it to the noticee.

[ ] In the absence of a last known address of the noticee, I left the notice with the person summonsed.

[X] No notice is required.

| Signature | Title |
|---|---|
| S. Silverman | Revenue officer |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form 2039 (Rev. 12-200?)