1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  State of California Bar No. 232868
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-
   Facsimile:  (619) 557-5004

7  Attorneys for Petitioner

FILED
'08 MAR 21 PM 1:27
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) '08 CV 531 IEG CAB |
|---|---|
| Petitioner, | ) |
| v. | ) EXHIBIT C |
| LARRY K. FITCH, | ) |
| Respondent. | ) |

EXHIBIT C



# Summons

In the matter of  **Larry K Fitch  13848 Honnell Way, Jamul, Ca 91935**
Internal Revenue Service (Division): **Small Business/Self Employed**
Industry/Area (name or number): **Small Business/Self Employed - California Area**
Periods: **Form 1040, U.S. Individual Income tax Return for the calendar years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005**

## The Commissioner of Internal Revenue

To:  **Larry K Fitch**
At:  **13848 Honnell Way Jamul, Ca 91935**

You are hereby summoned and required to appear before S. Silverman, an officer of the Internal Revenue Service, and/or his or her designee, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **Form 1040, U.S. Individual Income tax Return for the calendar years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005**, including but not limited to: statement of wages for the year(s) **Form 1040, U.S. Individual Income tax Return for the calendar years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005**, statements regarding interest or dividend income for the year(s) **Form 1040, U.S. Individual Income tax Return for the calendar years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005**; employee earnings statements for the year(s) **Form 1040, U.S. Individual Income tax Return for the calendar years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005**; records of deposits to bank accounts during the year(s) **Form 1040, U.S. Individual Income tax Return for the calendar years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **Form 1040, U.S. Individual Income tax Return for the calendar years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005** (for which year(s) no return have been made) may be determined.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
880 Front Street Room 3293, San Diego, Ca 92101   619-615-9538

**Place and time for appearance at**   880 Front Street Room 3293, San Diego, Ca 92101

**IRS**
Department of the Treasury
**Internal Revenue Service**
www.irs.gov
Form 2039(Rev. 10-2006)
Catalog Number 21405J

on the  24th  day of  April , 2007  at  11:30  o'clock  A  m.

Issued under authority of the Internal Revenue Code this  3rd  day of  April , 2007

_S. Silverman_
Signature of Issuing Officer

Revenue Officer
Title

_____
Signature of Approving Officer (if applicable)

_____
Title

**Original -- to be kept by IRS**



# Summons

In the matter of  **Larry K Fitch 13848 Honnell Way, Jamul, Ca 91935**

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed - California Area**

Periods: **Form 1040, U.S. Individual Income tax Return for the calendar years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005**

## The Commissioner of Internal Revenue

To:   **Larry K Fitch**
At:   **13848 Honnell Way Jamul, Ca 91935**

You are hereby summoned and required to appear before S. Silverman, an officer of the Internal Revenue Service, and/or his or her designee, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **Form 1040, U.S. Individual Income tax Return for the calendar years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005**, including but not limited to: statement of wages for the year(s) **Form 1040, U.S. Individual Income tax Return for the calendar years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005**, statements regarding interest or dividend income for the year(s) **Form 1040, U.S. Individual Income tax Return for the calendar years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005**; employee earnings statements for the year(s) **Form 1040, U.S. Individual Income tax Return for the calendar years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005**; records of deposits to bank accounts during the year(s) **Form 1040, U.S. Individual Income tax Return for the calendar years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **Form 1040, U.S. Individual Income tax Return for the calendar years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005** (for which year(s) no return have been made) may be determined.

---

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____*S. Silverman*_____                    **Revenue Officer, 33-07950**
Signature of IRS Official Serving the Summons      Title

**Business address and telephone number of IRS officer before whom you are to appear:**
 880 Front Street Room 3293, San Diego, Ca 92101   619-615-9538

**Place and time for appearance at:**   880 Front Street Room 3293, San Diego, Ca 92101

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 10-2006)
Catalog Number 21405J

on the  24th  day of  April , 2007  at  11:30  o'clock  A  m.

Issued under authority of the Internal Revenue Code this  3rd  day of  April , 2007

_____*S. Silverman*_____                    **Revenue Officer**
Signature of Issuing Officer                        Title

_____           _____
Signature of Approving Officer (if applicable)         Title

**Part A -- to be given to person summoned**



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| April 11 2007 | 10:35 Am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|---|---|
| S. Silverman | Revenue officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____     Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☒ No notice is required.

| Signature | Title |
|---|---|
| S. Silverman | Revenue officer |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form **2039** (Rev. 10-2006)