1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  State of California Bar No. 232868
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7157
   Email: Raven.Norris@usdoj.gov
6  Attorneys for Defendant
   United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08cv0531-IEG (CAB) |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| LARRY K. FITCH | ) | |
| Respondent. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, Raven M. Norris, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4. The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

 (None)

Please call me if you have any questions about this notice.

DATED: March 26, 2008                KAREN P. HEWITT
                                     United States Attorney

                                     s/ Raven M. Norris
                                     RAVEN M. NORRIS
                                     Assistant U.S. Attorney
                                     Attorneys for Petitioner
                                     United States of America

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cv0531-IEG (CAB) |
|  | ) |  |
| Petitioner, | ) |  |
| v. | ) | **CERTIFICATE OF SERVICE** |
|  | ) |  |
| LARRY K. FITCH | ) |  |
|  | ) |  |
| Respondent. | ) |  |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF APPEARANCE (dated 3/26/08)**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2008.

s/ Raven M. Norris
RAVEN M. NORRIS