1  KAREN P. HEWITT
   United States Attorney
2  Raven M. Norris
   California State Bar No. 232868
3  Office of the U.S. Attorney
   880 Front Street, Room 6293
4  San Diego, CA 92101-8893
   Telephone: (619) 557-7157
5
   Attorneys for Petitioner
6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  Case No. 08cv0531 IEG (CAB)
                                    )
12         Petitioner,               )
                                    )
13      v.                           )  DECLARATION OF SERVICE
                                    )
14 LARRY K. . FITCH,                )
                                    )
15         Respondent.               )
   _____)
16

17     I, S. Silverman, an employee of the Internal Revenue Service, hereby attest that on

18 April 1, 2008 I personally, served Respondent Larry K. Fitch with a copy of the Court's Order to

19 Show Cause Re: Enforcement of an Internal Revenue Service Summons, and the government's Petition

20 To Enforce Internal Revenue Service Summons and the attached Declaration and Exhibit.

21     Service was made by handing a copy of the aforementoned documents to the Respondent at

22 13848 Honnell Way, Jamul, California 91935.

23

24  Dated: April 22, 2008                    _____
25                                            S. Silverman