1  KAREN P. HEWITT
   United States Attorney
2  Raven M. Norris
   California State Bar No. 232868
3  Office of the U.S. Attorney
   880 Front Street, Room 6293
4  San Diego, CA 92101-8893
   Telephone (619) 557-7157
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )    Case No. 08cv0531 IEG (CAB)
                                        )
12 |            Petitioner,             )
                                        )    DECLARATION OF SERVICE
13 |                                    )
                                        )
14 |       v.                           )
                                        )
   | LARRY K. FITCH,                    )
15 |                                    )
                                        )
16 |            Respondent.             )
   |_____)
17

18        I, _Stephen Silverman_ and employee of the Internal Revenue Service, hereby attest that on

19  June _10_, 2008, I personally, served Respondent Larry K. Fitch with a copy of the Court's Order Granting

20  Petition to Enforce Internal Revenue Service Summonses, a copy of which is attached to this declaration.

21        Service was made by handing a copy of the aforementioned documents to the Respondent at

22  13848 Honnell Way, Jamul, California 91935.

23

24        Dated: ___June 10 2008___                    Stephen Silverman

25

26

27

28

Case 3:08-cv-00531-IEG-CAB    Document 14    Filed 06/03/2008    Page 1 of 5

1

2

3

4

5

6

7

8

9                             UNITED STATES DISTRICT COURT

10                        SOUTHERN DISTRICT OF CALIFORNIA

| 11 | UNITED STATES OF AMERICA, | ) | Case No. 08cv0531 IEG (CAB) |
| --- | --- | --- | --- |
| 12 | Petitioner, | ) ) | ORDER GRANTING PETITION TO |
| 13 | v. | ) ) | ENFORCE INTERNAL REVENUE SERVICE SUMMONSES |
| 14 | LARRY K. FITCH, | ) ) | |
| 15 | Respondent. | ) ) | |
| 16 | | ) | |

17        The government has petitioned the Court for an order enforcing Internal Revenue Service

18 Summonses issued to Respondent Larry K. Fitch.  On March 26, 2008, the Court issued an order to

19 show cause why the IRS summonses should not be judicially enforced.  On April 1, 2008, the IRS

20 served a copy of the order to show cause upon Respondent.  Respondent did not file a response.

21        The hearing was held on the government's petition on June 2, 2008, at 10:30 a.m. The IRS was

22 represented by Assistant United States Attorney Raven M. Norris.  Respondent did not appear. For the

23 reasons explained herein, the government's petition to enforce the summonses is granted.

24                                 BACKGROUND

25        On June 21, 2005, Steve Silverman, a Revenue Agent employed by the Internal Revenue Service

26 ("IRS"), issued four summonses to Respondent Larry K. Fitch.  [Declaration of Revenue Officer S.

27 Silverman in Support of Petition, ("Silverman Decl."), ¶ 3.] The IRS is conducting an investigation

28 regarding the personal tax liabilities of Mr. Fitch as well as the federal tax liabilities for CFC Form

Works, Inc., a corporation of which Mr. Fitch is president.  The first summons related to employment

1    tax liabilities of CFC Form Works, Inc., for the tax period beginning October 1, 2000, an ending

2    September 30, 2003, [Id., ¶ 3 and Exhibit A]. The second summons related to Mr. Fitch's continuing

3    failure to file corporation income tax returns for the tax years ending September 30, 2000, through

4    September 30, 2003, by CFC Form Works, Inc. [Silverman Decl., ¶ 3 and Exhibit B.] The third

5    summons related to the collection of Mr. Fitch's unpaid assessed personal income tax liability for the

6    tax years 1992, 1995, and 1996, and his assessed liability for a trust fund recovery penalty under

7    I.R.C. § 6672 for the period ending December 31, 2000. [Silverman Decl., ¶ 3.] The fourth summons

8    related to Mr. Fitch's continuing failure to file personal income tax returns for the tax years 2001, 2002,

9    2003, and 2004. [Id., ¶ 3.] The third and fourth summonses were superseded by new summonses

10   issued in April 2007. [Id., ¶ 3.] On June 22, 2005, the IRS served attested copies of the summonses on

11   Mr. Fitch by personally handing a copy of each summons to Mr. Fitch at his last and usual place of

12   abode. [Id. at ¶ 4.]

13   The summons ordered Mr. Fitch to appear before the IRS on July 7, 2005. On July 7, 2005,

14   Mr. Fitch appeared and provided a copy of a family trust document and certain 2005 bank statements

15   for accounts in the name of Natalya Luzhnikova (also known as Natalie Fitch), Mr. Fitch's wife.

16   [Silverman Decl., ¶ 5.] Mr. Fitch requested and received additional time to comply with the summonses.

17   [Id.] On July 14, 2005, Mr. and Mrs. Fitch appeared and provided an incomplete Internal Revenue

18   Service form 1040 for the taxable year 2001, certain 2001 bank statements for the accounts in the name

19   of a family trust, and a handwritten list of deposits. Mr. Fitch did not provide any other documents or

20   testimony required by the summonses. [Id.] On September 26, 2005, the IRS provided Mr. Fitch another

21   opportunity to comply with the summonses and directed him to appear before Revenue Officer

22   Silverman on October 14, 2005. [Silverman Decl., ¶ 6.] Mr. Fitch did not appear as directed and failed

23   to provide the required testimony and other documents requested in the summonses. [Id. at ¶¶ 6, 7.]

24   On April 3, 2007, in furtherance of the ongoing investigation, Revenue Officer Silverman issued

25   two updated IRS summonses directing Mr. Fitch to appear before him on April 24, 2007, in order to give

26   testimony and to produce documents and records specified in each new summons for examination. [Id.,

27   ¶¶ 8, 10.] The first summons related to Mr. Fitch's continuing failure to file personal income tax returns

28   for the tax years 2001, 2002, 2003, 2004, and 2005 and supersedes the prior issued 2005 summons. [Id.,

2

1  ¶¶ 3, 8; Exhibit C.] The second summons related to Mr. Fitch's liability for a trust fund recovery penalty

2  assessed under I.R.C. § 6672 for the period beginning March 1, 2001 and ending September 30, 2003

3  and supersedes the prior 2005 summons. [Silverman Decl., ¶¶ 3, 8; Exhibit D.]  Revenue Officer

4  Silverman served the summonses on Mr. Fitch on April 11, 2007, by leaving an attested copy of each

5  summons at his last and usual place of abode. [Silverman Decl.,¶ 9.]  Mr. Fitch did not appear and to

6  date, has not provided the documents requested in the summonses. [Silverman Decl., ¶ 10.] The books,

7  records, papers, and other data sought by the summonses are not already in the possession of the IRS.

8  [Id., ¶ 11.]

9         On March 21, 2008, the government petitioned the Court to enforce the summonses.  On June

10  2, 2008, the Court set a hearing date for this matter and ordered Mr. Fitch to show cause why he should

11  not be compelled to comply with the IRS summons.  The IRS served this order to show cause on

12  Mr. Fitch on April 1, 2008 and filed proof of service with the Court.  Mr. Fitch has not filed any written

13  opposition to the government's petition.

14                                          DISCUSSION

15         Pursuant to 26 U.S.C. § 7602(a)(1), the Secretary of the Treasury may "examine any books,

16  papers, records, or other data which may be relevant of material" in connection with "ascertaining the

17  correctness of any return, making a return where none has been made, determining the liability of any

18  person for any internal revenue. . . or collecting any such liability." Section 7602(a)(1) authorizes the

19  Secretary to issue summonses to compel persons in possession of such books, papers, records, or other

20  data to appear and produce the same and/or give testimony.

21         In order to obtain judicial enforcement of an IRS summons, the United States "must first

22  establish it's 'good faith' by showing that the summons: (1) is issued for a legitimate purpose; (2) seeks

23  information relevant to that purpose.; (3) seeks information that is not already within the IRS'

24  possession; and (4) satisfies all administrative steps required by the United States Code." Fortney v.

25  United States, 59 F.3d 117, 119(9th Cir. 1995) (citing United States v. Powell, 379 U.S. 48, 57-

26  58(1964)). "The government's burden is a 'slight one' and typically is satisfied by the introduction of

27  the sworn declaration of the revenue agent who issued the summons that Powell requirements have been

28  met." Id. At 120.  Once the government has made a prima facie showing that enforcement of the

08CV0531

1    summons is appropriate, the burden shifts to the Respondent to show that enforcement of the summons

2    would be an abuse of the court's process. <u>Powell,</u> 379 U.S. at 58. The Supreme Court has characterized

3    respondent's burden as a heavy one. <u>Id.</u>

4          The government's petition and Revenue Agent Silverman's supporting declaration satisfies all

5    four elements of the <u>Powell</u> standard. First, the IRS is conducting investigations with respect to

6    Respondent's ability to pay the I.R.C. § 6672 Trust Fund Recovery Penalty assessed against him for the

7    period beginning March 1, 2001 and ending September 30, 2003; Respondent's continuing failure to

8    file personal income tax returns for the tax years 2001, 2002, 2003, 2004 and 2005; the collection of

9    unpaid assessed employment tax liabilities of CFC Form Works for the tax period beginning October

10   1, 2000, and ending September 30, 2003; and Respondent's continuing failure to file corporation income

11   tax returns for the tax years ending September 30, 2000 through September 30, 2003, by CFC Form

12   Works. [<u>Silverman Decl.</u>, ¶ 3]. Such investigations are expressly authorized by 26 U.S.C. § 7602(a).

13   The Internal Revenue Code explicitly allows the issuance of summons for the purpose of determining

14   "the liability of any person for any internal revenue tax...or collecting any such liability..."

15   26 U.S.C. § 7602(a). [<u>Id.</u>, ¶ 3, Exhibits A-D.] Thus, the summonses were issued for a legitimate

16   purpose. Second, Revenue Agent Silverman has declared in his affidavit that the information requested

17   by the summonses may be relevant to the IRS determination of Mr. Fitch's personal tax liability and the

18   federal tax liability of CFC Form works. [<u>Id.</u>, ¶ 13.] Third, the IRS does not already possess the papers,

19   records, and other data sought by the summonses issued to Mr. Fitch. [<u>Id.</u> ¶ 11.] Finally, the IRS has

20   followed and exhausted all required administrative steps, but Mr. Fitch has not complied with the

21   summonses. [<u>Id.</u>, ¶ 12.] Thus, the government has made *prima facie* showing that it is entitled to judicial

22   enforcement of the summons.

23                                    CONCLUSION

24         For the reasons set forth herein, the government's petition to enforce the IRS summons is

25   GRANTED. Respondent, Larry K. Fitch, is directed to appear before IRS Revenue Agent Steve

26   Silverman or designee, on *July 2, 2008, at 9:00 a.m.*, at the offices of the Internal Revenue Service

27   located at 880 Front Street, Suite 3255, San Diego, California, and to produce the documents and give

28   testimony as directed in the summonses. The United States shall serve a copy of this Order upon

4

08CV0531

1   Mr. Fitch in accordance with Fed. R. Civ. P. 5, within 7 days of the date that this Order is served upon

2   counsel for the United States, or as soon thereafter as possible.  Proof of such service shall be filed with

3   the Clerk of Court as soon as practicable.

4       <u>Respondent is hereby notified that failure to comply with this Order may subject him to</u>

5   <u>sanctions for contempt of court.</u>

6       **IT IS SO ORDERED**.

7

8   **DATED:  June 3, 2008**

9                                        _Irma E. Gonzalez_

10                                       **IRMA E. GONZALEZ, Chief Judge**
                                         **United States District Court**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08CV0531