1 KAREN P. HEWITT
United States Attorney
2 RAVEN M. NORRIS
Assistant U.S. Attorney
3 California State Bar No. 232868
United States Attorney's Office
4 880 Front Street, Room 6293
San Diego, California 92101-8893
5 Telephone: (619) 557-7157
Facsimile: (619) 557-5004
6
Attorneys for the Petitioner
7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 UNITED STATES OF AMERICA, ) | Case No. 08cv 0531-IEG (CAB) |
| ) | |
| 11  Petitioner, ) | JOINT MOTION TO DISMISS AS MOOT |
| ) | PETITION TO ENFORCE IRS SUMMONS |
| 12  v. ) | |
| ) | [Fed. R. Civ. P. 41(a)(1)] |
| 13 LARRY K. FITCH, ) | |
| ) | |
| 14  Respondent. ) | |
| _____) | |

16  COME NOW THE PARTIES, Petitioner United States of America by and through counsel,
17 Karen P. Hewitt, United States Attorney, and Raven M. Norris, Assistant United States Attorney, and
18 Respondent Larry K. Fitch, pro se, and hereby jointly move the Court to dismiss this action without
19 prejudice.  The parties have resolved the matters alleged in the Petition to Enforce Internal Revenue
20 Summons ("IRS") filed by the United States on March 21, 2008, and as required by this Court's Order
21 Granting Petition to Enforce on June 3, 2008.  Respondent has complied with the issued IRS Summons
22 and this Court's Order.  Accordingly, the parties agreed that the above-captioned case should be
23 dismissed in its entirety without prejudice.

24  It was further agreed that each party will bear its own attorneys' fees and costs of the suit. Based
25 upon the foregoing, it is respectfully requested that the Court enter an order dismissing the action
26 without prejudice.

27 ///

28 ///

```
 1  Dated: August 25, 2008              Respectfully submitted,
 2
 3                                      KAREN P. HEWITT
                                        United States Attorney
 4
                                        s/ Raven M. Norris
 5                                      RAVEN M. NORRIS
                                        Assistant U.S. Attorney
 6                                      Attorneys for Petitioner
                                        Email: Raven.Norris@usdoj.gov
 7
    Dated: August 25, 2008
 8                                      /s/ Larry K. Fitch
                                        LARRY K. FITCH
 9                                      Respondent

10      Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
11  of the United States District Court for the Southern District of California, I certify that the content of this
12  document is acceptable to the Respondent and that he has signed the original of this document, and that
13  I have a faxed copy of said signed original document on file.
14      DATED: August 25, 2008          KAREN P. HEWITT
                                        United States Attorney
15
                                        s/Raven M. Norris
16                                      Assistant U. S. Attorney
                                        Attorney for Petitioner
17
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CV0531  IEG(CAB) |
| Petitioner, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| LARRY K. FITCH, ) | |
| Respondent. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Dismiss on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I hereby certify that I have caused the foregoing to be mailed, by the United States Postal Service, to the following non-ECF participants on this case:

Larry K. Fitch
13848 Honnell Way
Jamal, CA 91935

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2008

                                           s/ Raven M. Norris
                                           RAVEN M. NORRIS